# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**UNITED STATES OF AMERICA**     VIOLATION NO.: F4471988 KW90

V.

**CHARLES SCARBOROUGH**     Kathleen Morris,
DEFENDANT'S ATTORNEY

**THE DEFENDANT:**

[x] was found guilty on count 1 after a plea of not guilty.

Accordingly, the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 261.3(a) | Threatening and Intimidating Forest Officer | 10-24-2011 | 1 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States District Court for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's S.S. #:
Defendant's D.O.B.:
Defendant's USM #:

**January 17, 2014,**
Date of Imposition Sentence

_____
Signature of Judicial Official

Defendant's Mailing/Residence Address:

Juliet Griffin, U.S. Magistrate Judge
Name & Title of Judicial Official

Date: _January 28, 2014_

**ANY APPEAL TO THE DISTRICT JUDGE FROM THE FINDING OF GUILT OR SENTENCE IMPOSED SHALL BE FILED WITHIN FOURTEEN (14) DAYS OF ENTRY OF THIS JUDGMENT IN ACCORD WITH RULE 58(g)(2) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.**

Defendant: Charles Scarborough
Case Number: F4471988 KW90

# PROBATION

The defendant is hereby placed on probation for a term of six (6) months.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

[X]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon as defined in 18 U.S.C. § 921. (Check, if applicable.) Defendant shall have a third-party (friend) maintain any firearms for him while on probation.

The defendant shall comply with the standard conditions listed below. The defendant shall also comply with the additional, special conditions listed below.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall report to the probation officer as directed,

2) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

4) the defendant shall pay the special assessment imposed and the processing fee.

## SPECIAL CONDITION

The Defendant shall not threaten any United States Forest Service Officer or any employee of the United States Forest Service.

Defendant: Charles Scarborough
Case Number: F4471988 KW90

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Administrative Fee | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | $ 25.00 | $ 0.00 |

[X] The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

[X] The interest requirement is waived.

The Defendant shall make payments totaling thirty-five ($35.00) dollars to:

U.S. Courts - CVB
P.O. Box 71363
Philadelphia, PA 19176-1363

or by phone at 1-800-827-2982

or online at www.cvb.uscourts.gov