IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-cr-00023 |
| | ) | JUDGE SHARP |
| CHARLES SCARBOROUGH | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned attorney, respectfully requests an enlargement of time in which to file its response brief, which is presently due on April 9, 2014. Specifically, the Government requests an additional fourteen days to file its response brief, such that the brief would be due on April 23, 2014. The Government makes this request because the undersigned attorney is presently appearing in a trial before Judge Trauger that he expected to conclude this week, but that will in fact be continuing into next week, and because the undersigned attorney has additional court appearances and commitments over the next two weeks. Kathleen Morris, counsel to Defendant Charles Scarborough, has represented that she does not oppose this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: s/ William F. Abely
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151

1