# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | No. 3:14-00023 |
| CHARLES SCARBOROUGH | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Charles Scarborough's conviction for the misdemeanor offense of threatening or intimidating a forest officer in violation of 36 C.F.R. § 261.3(a) is hereby AFFIRMED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE