IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-14-00023 |
| v. | ) | |
| | ) | |
| CHARLES SCARBOROUGH | ) | |

O R D E R

By judgment entered February 10, 2014 (Docket Entry No. 2), the defendant was found guilty of threatening and intimidating a forest officer in violation of 36 C.F.R. § 261.3(a), and was placed on probation for a term of six months.

On May 13, 2014, the United States Probation Officer filed a Petition (Docket Entry No. 20), advising that the defendant had failed to comply with two conditions of his probation: (1) the condition requiring him to provide a complete written report each month; and (2) the condition requiring him to pay the $10.00 special assessment and $25.00 administrative fee.

By order entered May 13, 2014 (Docket Entry No. 19), the Court reserved action on the Petition and directed the Probation Officer, the Assistant United States Attorney, and counsel for the defendant to confer and file a joint status report, "outlining whether a plan has been developed that provides some hope that the defendant will comply with the minimal conditions of probation in the future." On May 20, 2014, the parties filed a joint status report (Docket Entry No. 22), outlining a plan for the defendant to comply with his reporting requirement. However, the defendant indicated that he did not have the financial means to even pay the $10.00 special assessment within 20 days as proposed by the government.

By order entered May 27, 2014 (Docket Entry No. 23), the defendant was directed to file a notice of a proposal for monthly payments to be made toward the $35.00 special assessment and administrative fee. On June 13, 2014, the defendant filed a notice (Docket Entry No. 26), indicating that he has no funds to pay the special assessment and administrative fee "without sacrificing basic necessitates," and thus he was unable to propose a monthly payment plan.

The defendant's six month term of probation is completed and is not extended. The Court will take no further action on the Petition filed on May 13, 2014. The government may take whatever action it deems appropriate to collect the $35.00.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge